# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Margarito Escamilla-Martinez,<br>A079 712 645<br>_Defendant_ | Case No. 17-6391 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 4, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Margarito Escamilla-Martinez, an alien, was found in the United States of America at or near Sentinel, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near New Orleans, Louisiana, on or about December 18, 2007 and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: REVIEWED BY: (S)AUSA Ryan Goldstein for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

_Complainant's signature_
Christopher M. Baugh
U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: October 6, 2017

_Judge's signature_
David K. Duncan
United States Magistrate Judge
_Printed name and title_

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Christopher M. Baugh, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 4, 2017, Border Patrol Agent David Ponce encountered an individual near Sentinel, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Margarito Escamilla-Martinez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Escamilla-Martinez was transported to the Wellton Border Patrol Station for further processing. Escamilla-Martinez was held in administrative custody until his criminal and immigration history could be verified.

3. Immigration history checks revealed Margarito Escamilla-Martinez to be a citizen of Mexico and a previously deported criminal alien. Escamilla-Martinez was removed from the United States to Mexico through New Orleans, Louisiana, on or about December 18, 2007, pursuant to a removal order issued by an immigration official. There is no record of Margarito Escamilla-Martinez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

1

Escamilla-Martinez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Margarito Escamilla Martinez was convicted of Aggravated Assault, a felony offense, on March 15, 2007, in the Southern District Court of Mississippi, Escamilla-Martinez was sentenced to a term of twenty (20) years' imprisonment. Escamilla- Martinez's sentenced was suspended for immediate deportation. Escamilla-Martinez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 4, 2017, Margarito Escamilla-Martinez was advised of his constitutional rights. Escamilla-Martinez freely and willingly acknowledged his rights and agreed to provide a statement. Escamilla-Martinez stated that his true and correct name is Margarito Escamilla-Martinez and that he a citizen of Mexico. Escamilla-Martinez stated that he entered the United States illegally by walking through the desert near San Luis, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 4, 2017, Margarito Escamilla-Martinez, an alien, was found in the United States of America at or near Sentinel, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near New Orleans, Louisiana, on or about December 18, 2007, and not

having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Christopher M. Baugh
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 6nd day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge